UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLUBUKANLA JINKS MATTHEWS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA CHILD SUPPORT; D CLEARY; MELINDA R. SELF; GILBERT BOYD TARIN; and ANITA SANTOS; S L SOTO,<br><br>Defendants. | No.  2:19-cv-00572-TLN-EFB<br><br><br><br>**ORDER** |

Plaintiff Olubukanla Jinks Matthews ("Plaintiff"), an individual proceeding *pro se*, has filed the above-entitled action.  This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On September 23, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 6.)  No objections have been filed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28

U.S.C. § 636(b)(1).

Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS ORDERED that:

1. The proposed findings and recommendations filed September 23, 2020 (ECF No. 6), are ADOPTED IN FULL;
2. Plaintiff's complaint (ECF No. 1) is DISMISSED without leave to amend for lack of subject matter jurisdiction; and
3. The Clerk is directed to close the case.

IT IS SO ORDERED.

DATED: October 14, 2020

Troy L. Nunley
United States District Judge